Anthony NENNINGER,
Petitioner/Appellant,

v.

Pamela A. JENSEN f/k/a Pamela A.
Kloeckner, Respondent/Respondent.

No. 68735.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 11, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 1996.

Application to Transfer Denied
Sept. 17, 1996.

Before GERALD M. SMITH, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

### ORDER

PER CURIAM.

Anthony Nenninger appeals from a decision of the City of St. Louis Circuit Court which modified the child support order previously entered between himself and Pamela A. Kloeckner and denied his motion for civil contempt. We affirm. Respondent's motion to dismiss and for damages for frivolous appeal is denied.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).